Latin-American Contracting and Improvement Company, Respondent, v. David F. Broderick, Appellant, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements, on *Dwelle* v. *Allen* (151 App. Div. 717). Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Regina Kupferstein, as Administratrix, etc., Appellant, v. John F. Dalton, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Moore & Evans, Appellant, v. John Van Praag, an Individual Doing Business under the Firm Name and Style of Van Praag & Co., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Marthe V. L. Buchanan, Respondent, v. Charles P. Buchanan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edwin D. Graff, Respondent, Appellant, v. Fleischmann Brothers Company, Appellant, Respondent.— Order reversed, with ten dollars costs and disbursements to the plaintiff, the motion to vacate the order for the examination of the defendant before trial denied, and the order for the examination reinstated; the date of the examination to be fixed on settlement of the order. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alfred H. Caspary, Respondent, v. Edward Hatch, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Morrill Goddard, Appellant, v. Charles T. Yerkes and Others, Defendants. Louis S. Owsley, as Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Maud E. Norden, Respondent, v. Mortimer Norden, Appellant.— Order modified by reducing counsel fee to $250 and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elizabeth A. Kelly v. Rachel J. Kremm and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Abram Morris and Others v. Ferdinand Cahn and Others.— Motion to dismiss appeal granted, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Adam Frank v. Rowland & Shafto, Incorporated, and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.